### 17645. WOODS v. THE STATE.

BROYLES, C. J. The verdict of voluntary manslaughter was amply authorized by the evidence, and, under all the particular facts of the case, none of the grounds of the motion for a new trial show cause for a reversal of the judgment below.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Manslaughter; from Pulaski superior court—Judge Graham. July 19, 1926.

*Lawson & Ware, W. A. Wooten,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.

---

Criminal Law, 17 C. J. p. 255, n. 54.